UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Martin Skropeta,<br><br>             Petitioner<br><br>    v.<br><br>Calvin Johnson, et al.,<br><br>             Respondents | Case No. 2:21-cv-00171-JAD-BNW<br><br>**Order Denying Application to Proceed *in Forma Pauperis***<br><br>ECF No. 1 |

    Martin Skropeta brings this habeas action seeking relief from his state-court conviction for second-degree murder and robbery. Skropeta applies to proceed *in forma pauperis*. ECF No. 1. However, the application is incomplete. Skropeta did not include a statement of his inmate account, nor did he include a financial certificate signed by the appropriate prison official. I will give him an opportunity to file a complete application.

    IT THEREFORE IS ORDERED that the application to proceed *in forma pauperis* **[ECF No. 1] is DENIED without prejudice**.

    IT FURTHER IS ORDERED that **petitioner has until April 12, 2021, to do one of these two things or this case will be dismissed**: (1) file another application for leave to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account; or (2) make the necessary arrangements to pay the filing fee of $5.00, accompanied by a copy of this order.

    The Clerk of Court is directed to **SEND petitioner a blank application form for incarcerated litigants**.

Dated: February 26, 2021

                                                                                      _____
                                                                     U.S. District Judge Jennifer A. Dorsey