# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Martin Skropeta, | Case No.: 2:21-cv-00171 |
| Petitioner | **Order Dismissing Action** |
| v. | [ECF No. 7] |
| Calvin Johnson, | |
| Respondent | |

Martin Skropeta brings this habeas corpus petition under 28 U.S.C. § 2254 to challenge his state-court convictions for second-degree murder and robbery. I reviewed his petition for sufficiency under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.[1] I found that all of his grounds for relief were too vague, among other defects, and I directed Skropeta to file an amended petition that alleged all the facts in support of his grounds.[2] I also warned him that I would dismiss the action if he did not file an amended petition in the allotted time.[3] Skropeta has not filed anything in this action after that order, so I dismiss the action without prejudice to Skropeta's ability to commence a new habeas corpus action. However, I make no statement whether any new habeas corpus petition that Skropeta files will be free from procedural bars or timely.[4]

Reasonable jurists would not find my determinations to be debatable or wrong, so I deny a certificate of appealability.

---

[1] ECF No. 7.
[2] *Id.* at 1–3.
[3] *Id.* at 3.
[4] *See, e.g.,* 28 U.S.C. § 2244(d)(1).

IT THEREFORE IS ORDERED that this action is **DISMISSED without prejudice** because petitioner failed to file an amended petition for a writ of habeas corpus. I direct the clerk of the court to **ENTER JUDGMENT ACCORDINGLY** and to **CLOSE THIS CASE.**

IT FURTHER IS ORDERED that a certificate of appealability is DENIED.

Dated: July 6, 2021

_____
U.S. District Judge